IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Mark VanGogh Bell

Civil Case # 1:15-cb-1829

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Mark VanGogh Bell

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Jerena Lutherine Bell

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Florida

6. Plaintiff's/Deceased Party's current state of residence:

Florida

7. District Court and Division in which venue would be proper absent direct filing:

USDC, Middle District of Florida

8. Defendants (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

☒ Cook Medical LLC

☒ William Cook Europe ApS

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: ______________________________

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

11, 12, 19, 21, 22, 23, 24, 25, 26, 27, 28

b. Other allegations of jurisdiction and venue:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: ______________________________

11. Date of Implantation as to each product:

03/02/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

Health Central Hospital, Ocoee, Florida

13. Implanting Physician(s):

David Varnagy, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Florida (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: ____________________ (please state the facts supporting this Count in the space, immediately below)

☐ Other: ____________________ (please state the facts supporting this Count in the space, immediately below)

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

15. Attorney for Plaintiff(s):

Howard L. Nations

16. Address and bar information for Attorney for Plaintiff(s):

3131 Briarpark Dr.,
Ste. 208
Houston, TX 77042
Texas Bar No. 14823000

Respectfully submitted,

THE NATIONS LAW FIRM

/s/ Howard L. Nations

Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, TX 77042-3795
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFF