UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) | No. 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | |

**ORDER ON DECEMBER 16, 2015, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel December 16, 2015, for a telephonic status conference. Discussion held regarding settlement and related matters. The Court also issues the following order. The deadline for Defendant to respond to Plaintiff's settlement demand is enlarged to January 15, 2016.

Dated: 12/18/2015

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.